IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

GREG MARION ALLISON,

    Appellant,

v.

MICHELLE LYNN ALLISON,

    Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-0372

Opinion filed December 1, 2014.

An appeal from the Circuit Court for Bay County.
Allen L. Register, Judge.

Kimberly D. Reed of The Reed Law Office, Panama City, for Appellant.

Martha Blackmon-Milligan and Russell K. Ramey, Panama City, for Appellee.

PER CURIAM.

    AFFIRMED.

THOMAS, ROBERTS, and ROWE, JJ., CONCUR.